No. 73–696. EMPORIUM CAPWELL CO. *v.* WESTERN ADDITION COMMUNITY ORGANIZATION ET AL.; and

No. 73–830. NATIONAL LABOR RELATIONS BOARD *v.* WESTERN ADDITION COMMUNITY ORGANIZATION ET AL. C. A. D. C. Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 158 U. S. App. D. C. 138, 485 F. 2d 917.

No. 73–327. WOODBURY ET AL. *v.* SPITLER. Sup. Ct. Ohio. Certiorari denied.

No. 73–487. BREWER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–525. CUEVAS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–565. RISLEY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 73–585. KUSS ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–612. DEVORE ET AL. *v.* WEYERHAEUSER CO. Sup. Ct. Ore. Certiorari denied.

No. 73–613. UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES & CANADA, LOCAL 540, ET AL. *v.* LUSK. C. A. 4th Cir. Certiorari denied.